**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| SALOME WILSON, o/b/o Y.W., a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-2258 (RBW) |
| | ) | |
| GOVERNMENT OF THE DISTRICT | ) | |
| OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

For the reasons are set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion to Dismiss is **DENIED**.

**SO ORDERED** this 30th day of July, 2010.

_____/s/_____
Reggie B. Walton
United States District Judge